# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# WESTERN DIVISION

CHRISTY FROST LEWIS,

    Plaintiff,

    v.                         Civil Action No.: 5:20-cv-162-TBM-FKB

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.

## ORDER

AND NOW, this the 17th day of June, 2021, it is hereby ORDERED that Plaintiff's Counsel's Petition for Attorney Fees Under the Equal Access to Justice Act (Docket No. 14) is GRANTED and Plaintiff is awarded $9,523.64 in attorney's fees. *Astrue vs. Ratliff*, 130 S. Ct. 2521, 2524 (2010), directs that the check should be made payable to Plaintiff and mailed to Plaintiff's Counsel at 521 Cedar Way, Suite 200, Oakmont, Pennsylvania 15139.

                                                        _____
                                                        United States District Judge